

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00805-CR

Edward James **DWYER**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B14-568
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is trial court's judgment is AFFIRMED.

SIGNED July 26, 2017.

Luz Elena D. Chapa, Justice